## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | |
|---|---|
| Terri Swartz, )<br>On behalf of herself and )<br>All others similarly situated, )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>NCO Financial Systems, Inc., )<br>   )<br>   Defendant. ) | Case No. 13-6098-CV-SJ-JTM |

## ORDER OF DISMISSAL

Pursuant to the *Joint Stipulation Of Dismissal With Prejudice,* filed October 28, 2013 [Doc. 10], it is

**ORDERED** that plaintiff's individual claims against NCO are DISMISSED WITH PREJUDICE, each party bearing their own costs and fees. It is further

**ORDERED** that any Fed. R. Civ. P. 23 claims of the putative class members are DISMISSED WITHOUT PREJUDICE, all parties bearing their own costs and fees.

                                          */s/ John T. Maughmer*
                                            **John T. Maughmer**
                                    **United States Magistrate Judge**